CHRISTOPHER E. PRINCE (State Bar No. 183553)
SONNENSCHEIN NATH & ROSENTHAL
601 South Figueroa Street, Suite 1500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

PETER D. WOLFSON (Admitted Pro Hac Vice)
ARTHUR H. RUEGGER (Admitted Pro Hac Vice)
HOLLY S. FALKOWITZ (Pro Hac Vice application submitted)
ANDREW P. LEDERMAN (Pro Hac Vice application submitted)
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas, 24th Floor
New York, New York 10020-1089
Telephone:    (212) 768-6700
Facsimile:    (212) 768-6800

Attorneys for Class 7 Committee

**FILED**
MAY 1 2 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AT HOME CORPORATION, et al.<br><br>Debtors. | Case No. 01-32495-TC<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>NOTICE OF MOTION AND MOTION TO DESIGNATE CLASS 7 COMMITTEE MEMBERS<br><br>Tentative Hearing Date [B.L.R. 9014-1]<br><br>Date:   June 20, 2005<br>Time:   9:30 a.m.<br>Place:  Courtroom 23<br>        235 Pine Street, 23rd Floor<br>        San Francisco, CA 94104 |

PLEASE TAKE NOTICE that the Class 7 Committee will and hereby does move this Court for an Order designating Michael Katto as a member of the Class 7 Committee in lieu of Lang Gerhard (for West Highland Capital, Inc.) effective May 1, 2005. Pursuant to B.L.R.

NOTICE OF MOTION AND MOTION TO
DESIGNATE CLASS 7 COMMITTEE MEMBERS

9014-1(b)(3), the Class 7 Committee requests that the Court grant the motion without a hearing, unless a hearing is requested by a party in interest.

PLEASE TAKE FURTHER NOTICE THAT BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CONTAINS THE PROCEDURES TO BE FOLLOWED ON THIS MOTION. Pursuant to B.L.R. 9014-1, any objection to the requested relief, or any request for hearing on the matter, must be filed with the Court and served upon the Class 7 Committee's counsel within 20 days of the mailing of this Notice. A request for hearing or an objection must be accompanied by any declarations or memoranda of law the objecting or requesting party wishes to present in support of its position. If there is no timely objection or request for hearing, the Court may enter an Order granting the motion by default. A tentative hearing date has been set for June 20, 2005.

The Class 7 Committee's motion is based on this Notice, the Court's August 15, 2002 Order Confirming the Debtors' Joint Chapter 11 Plan of Liquidation, the accompanying argument, and any further evidence and argument that the Court may consider.

## I.

## ARGUMENT

On August 15, 2002, this Court entered an Order (the "Confirmation Order") confirming the Debtors' Joint Chapter 11 plan of liquidation (the "Plan"). The Plan divides substantially all the Debtors' assets among its creditors. Among the Debtors' assets are certain potential claims against former majority shareholders of the Debtors (the "Controlling Shareholders Related Litigation").

As originally drafted, the Plan allocated the entire value of the Controlling Shareholders Related Litigation to the Debtors' bondholders. The Court found that this allocation violated the absolute priority rule, and the Debtors modified the Plan to distribute excess recovery (i.e., an amount greater than the unsecured debt plus interest plus costs of litigation) to the Debtors' equity security holders. The Confirmation Order provides for a post-confirmation committee of equity security holders: ""[T]he Class 7 Committee is hereby

formed, and Lang Gerhard representing West Highland Capital Inc. and Michael Katto are appointed as the initial members of the Class 7 Committee . . . which membership may be adjusted by subsequent order of this Court."

Mr. Katto originally declined to serve on the Class 7 Committee, and two other equity security holders (Brian Lewis and Michael Kelly) agreed to serve in his stead. By prior order, this Court approved the new composition of the Class 7 Committee (i.e., Mssrs. Gerhard, Kelly and Lewis). Mr. Gerhard no longer wishes to serve on the Committee, but Mr. Katto is willing to re-join the Committee to serve in his place. Mr. Katto is qualified to serve on the Committee (as evidenced by this Court's original appointment). In addition, Mr. Katto's appointment to the Committee would give the Committee three members and avoid the possibility of deadlocked votes.

## II.

## CONCLUSION

Based on the foregoing, the Class 7 Committee respectfully requests that this Court designate Michael Katto as a member of the committee in lieu of Lang Gerhard effective May 1, 2005.

Dated: May 2, 2005          SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Christopher E. Prince
Attorneys for the Class 7 Committee

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE BY MAIL</u> |
| 2 | I am employed in the County of Los Angeles, State of California. I am employed by |
| 3 | Sonnenschein Nath & Rosenthal LLP, 601 South Figueroa Street, Suite 1500, Los Angeles, |
| 4 | California 90017. I am over the age of 18 and not a party to this action. On May 11, 2005, I |
| 5 | served the within NOTICE OF MOTION AND MOTION TO DESIGNATE CLASS 7 |
| 6 | COMMITTEE MEMBERS on the parties in said action by placing a true and correct copy |
| 7 | thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States |
| 8 | Post Office mail box located at Los Angeles, California, addressed as follows: |
| 9 | SEE ATTACHED SERVICE LIST |
| 10 | I declare that I am employed in the offices of a member of the bar of the State of |
| 11 | California and of this Court at whose direction the service herein described was made. |
| 12 | I declare under penalty of perjury that the foregoing is true and correct. |
| 13 | Executed May 11, 2005, at Los Angeles, California. |

/s/ Hilda Zepeda

30116017\V-1

# SERVICE LIST

**Counsel to At Home Liquidating Trust**
Suzzanne Uhland, Esq.
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, CA 92660-6429
Tel: (949) 760-9600
Fax: (949) 823-6994

**Counsel for Official Committee of Unsecured Creditors**
Rebecca U. Litteneker, Esq.
Greg C. Nuti, Esq.
McNutt & Litteneker, LLP
55 Hawthorne Street, Suite 430
San Francisco, CA 94105
Tel: (415) 995-8474
Fax: (415) 995-8487

**Counsel for Richard A. Williamson, on behalf of and as Trustee for Bondholders' Liquidating Trust**
Weil, Gotshal & Manges LLP
Joseph S. Allerhand, Esq.
Richard W. Slack
Paul M. Basta, Esq.
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**Counsel for Richard A. Williamson, on behalf of and as Trustee for Bondholders' Liquidating Trust**
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
William P. Weintraub, Esq.
Kenneth H. Brown, Esq.
Maxim B. Litvak, Esq.
Three Embarcadero, Suite 1020
San Francisco, CA 94111-5994
Tel: (415) 263-7000
Fax: (415) 263-7010

30129500

30129500\V-2