SUBMITTED UNDER SEAL

Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: mlitvak@pszjlaw.com

Joseph S. Allerhand
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: 212/310-8000
Facsimile: 212/310-8007

Counsel for Richard A. Williamson, on behalf of
and as Trustee for the Bondholders' Liquidating Trust

FILED
NOV 0 2 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**AT HOME CORPORATION,**<br>a Delaware corporation, et al.,<br><br>Debtors. | Bankruptcy Case No. 01-32495-TC<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF BONDHOLDERS' LIQUIDATING TRUST FOR APPROVAL OF COMPROMISE WITH THE COX AND COMCAST DEFENDANTS PURSUANT TO BANKRUPTCY RULE 9019**<br><br>*[Status Conference Requested]* |

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION FOR APPROVAL OF
COMPROMISE WITH THE COX AND COMCAST DEFS

Case No. 1-02-CV-812506
NY1:\1523017\04\wn6104!.DOC\60862.0008

Case: 01-32495    Doc# 4811    Filed: 11/02/07    Entered: 11/06/07 11:16:53    Page 1 of 1