| | |
|---|---|
| MCNUTT LAW GROUP LLP<br>SCOTT H. MCNUTT (CSBN 104696)<br>MICHAEL A. SWEET (CSBN 184345)<br>REBECCA U. LITTENEKER (CSBN 111744)<br>188 The Embarcadero, Suite 800<br>San Francisco, California 94105<br>Telephone: (415) 995-8475<br>Facsimile: (415) 995-8487<br><br>Attorneys for Hank Spacone,<br>Trustee of the At Home General<br>Unsecured Creditors Liquidating Trust | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>AT HOME CORPORATION, A DELAWARE CORPORATION, et al.,<br><br>Debtors. | Case No. 01-32495 TC<br><br>Chapter 11<br><br>**DECLARATION OF SCOTT H. MCNUTT IN SUPPORT OF OBJECTION TO JOINT MOTION OF AT HOME LIQUIDATING TRUST AND BONDHOLDERS' LIQUIDATING TRUST FOR ORDER (A) ENFORCING TERMS OF CONFIRMED PLAN AND DECISION OF NINTH CIRCUIT COURT OF APPEALS REGARDING INTELLECTUAL PROPERTY ASSETS; AND (B) INVALIDATING INTELLECTUAL PROPERTY PROVISIONS OF SETTLEMENT EXECUTED BY GENERAL UNSECURED CREDITORS LIQUIDATING TRUST**<br><br>Hearing<br>Date:     August 7, 2009<br>Time:    9:30 a.m.<br>Location: U.S. Bankruptcy Court<br>          Courtroom 23<br>          235 Pine Street<br>          San Francisco, California<br>Judge:   Hon. Thomas E. Carlson |

I, Scott H. McNutt, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with McNutt Law Group LLP, attorneys of record for Hank M. Spacone, Trustee for the General Unsecured Creditors' Liquidating Trust and the Contested Claims Reserve created under the Joint Plan of Liquidation as amended, modified or supplemented (the "Plan"), confirmed by this Court in the above captioned case on August 15, 2002. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

This declaration is submitted in support of the OBJECTION TO JOINT MOTION OF AT HOME LIQUIDATING TRUST AND BONDHOLDERS' LIQUIDATING TRUST FOR ORDER (A) ENFORCING TERMS OF CONFIRMED PLAN AND DECISION OF NINTH CIRCUIT COURT OF APPEALS REGARDING INTELLECTUAL PROPERTY ASSETS; AND (B) INVALIDATING INTELLECTUAL PROPERTY PROVISIONS OF SETTLEMENT EXECUTED BY GENERAL UNSECURED CREDITORS LIQUIDATING TRUST ("Objection") filed concurrently herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Shaw Settlement Agreement and Mutual Release, redacted to exclude dollar amounts only.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Debtors' Joint Chapter 11 Plan of Liquidation Dated as May 1, 2002 (June 18, 2002 Modification) confirmed by this Court on August 15, 2002.

**4.** Attached hereto as **Exhibit C** is a true and correct copy of the Disclosure Statement for Debtors' Joint Chapter 11 Plan of Liquidation Dated as May 1, 2002 (June 18, 2002 Modification).

5. Attached hereto as **Exhibit D** is a true and correct copy of the Committee Settlement Agreement which was filed with this Court as Exhibit A to the Debtors' Joint Chapter 11 Plan of Liquidation Dated as May 1, 2002 (June 18, 2002 Modification).

6. Attached hereto as **Exhibit E** is a true and correct copy of the At Home Liquidating Trust Agreement, filed with this Court as Exhibit 2 to the Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation Dated as May 1, 2002 (June 18, 2002 Modification).

Case: 01-32495   Doc# 5035   Filed: 07/20/09   Entered: 07/20/09 20:26:58   Page 2 of 3

7. Attached hereto as **Exhibit F** is a true and correct copy of the Order Denying Bondholders' Motion Regarding Status of Litigation Against Shaw and Proceeds from the Travelocity.com Settlement entered by this Court on November 27, 2002.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 20, 2009, at San Francisco, California.

                                    */s/ Scott H. McNutt*
                                    Scott H. McNutt