1  WILLIAM MCGRANE [057761]
   CHRISTOPHER D. SULLIVAN [148083]
2  MAUREEN A. HARRINGTON [194606]
   MCGRANE GREENFIELD LLP
3  1 Ferry Building Suite 220
   San Francisco, CA  94111
4  Telephone:  (415) 283-1776
   Fax:        (415) 283-1777
5  Email:      wmcgrane@mcgranegreenfield.com

6  Attorneys for Creditor At Home Claims, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>AT HOME CORPORATION, A DELAWARE CORPORATION, et al.,<br><br>Debtors. | Case No. 01-32495 TC<br><br>Chapter 11<br><br>MOTION FOR ORDER TRANSFERRING RIGHT TO PURSUE CLAIMS FOR RELIEF HELD BY THE GUCLT TO CREDITOR AT HOME CLAIMS, LLC<br><br>Hearing Date: November 13, 2009<br>Time: 9:30 AM<br>Place: Courtroom 23<br>       235 Pine Street<br>       San Francisco, CA 94104 |

PLEASE TAKE NOTICE THAT, on November 13, 2009, at 9:30 AM or as soon thereafter as may be heard in the above-captioned court, located at 235 Pine Street, Courtroom 23, San Francisco, California, before the Honorable Thomas Carlson, a hearing will be held on the motion of Creditor At Home Claims, LLC for Order Transferring Right to Pursue Claims for Relief held by the General Unsecured Creditors' Liquidating Trust to Creditor At Home Claims, LLC ("AHC") so that AHC may investigate and pursue such claims for the benefit of the unsecured creditors.

Specifically, AHC seeks an Order transferring the power to investigate and pursue claims for relief which may exist against the fiduciaries of the GUCLT, including its counsel; its Supervisory Board; and any other professionals whom it has employed, including claims for monetary damages; equitable subordination; and disgorgement of fees. Recently filed financial statements revealed that the administrative costs for the GUCLT have exceeded $60 million, or over 30% of trust assets, raising questions about the actions of the fiduciaries which remain unanswered. The grounds for the motion are set forth in this Motion and the accompanying Notice of Hearing, Memorandum of Points and Authorities and Declaration of Maureen A. Harrington in support. Copies of the supporting papers are available upon request of any creditor to counsel for AHC.

Dated: October 15, 2009        MCGRANE GREENFIELD LLP

By /s/ Maureen A. Harrington
Maureen A. Harrington
Attorneys for At Home Claims, LLC