Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: mlitvak@pszjlaw.com
jlucas@pszjlaw.com
ggreenwood@pszjlaw.com

Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: 212/310-8000
Facsimile: 212/310-8007

Counsel for Richard A. Williamson, on behalf of
and as trustee for the Bondholders' Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>**AT HOME CORPORATION**,<br>a Delaware corporation, *et al.,*<br><br>Debtors. | Bankruptcy Case No. 01-32495<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Garland T. Stephen, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Richard A. Williamson, on behalf of and as trustee for the Bondholders' Liquidating Trust in the above-entitled action.

In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above. A certification of good standing by the State Bar of Texas is attached;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Gail S. Greenwood (CA Bar No. 169939)
>PACHULSKI STANG ZIEHL & JONES LLP
>150 California Street, 15th Floor
>San Francisco, California 94111
>Telephone: 415/263-7000
>Facsimile: 415/263-7010
>Email: ggreenwood@pszjlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2019

_____
Garland T. Stephens

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 28, 2019

Re: Mr. Garland Temple Stephens, State Bar Number 24053910

To Whom It May Concern:

This is to certify that Mr. Garland Temple Stephens was licensed to practice law in Texas on June 08, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

